ORIGINAL

RECEIVED
JUN 27 2007
OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

# In The United States Court of Federal Claims

## Cover Sheet

Plaintiff(s) or Petitioner(s)
MENNINGER Army Reserve LLC and Meyer Landau

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record (See RCFC 83.1(c)): G. Alexander Novak

Firm Name: Novak, Juhase & Stern LLP

07-425 C

Post Office Box:

Street Address: 483 Chestnut Street

City-State-Zip: Cedarhurst NY 11516

Telephone & Facsimile Numbers: 516-569-3030 (t) 569-3039 (f)

Is the attorney of record admitted to the Court of Federal Claims Bar? ☐ Yes ☒ No
Application is being filed herewith

Does the attorney of record have a Court of Federal Claims ECF account? ☐ Yes ☒ No

If not admitted to the court or enrolled in the court's ECF system, please call (202) 357-6406 for admission papers and/or enrollment instructions.

Nature of Suit Code: 1 2 6

Select only one (three digit) nature-of-suit code from the attached sheet. If 213, identify partnership or partnership group. If numbers 118, 134, 226, 312, 356, or 528 are used, please explain.

Agency Identification Code: G S A

See attached sheet for three-digit codes.

Amount Claimed: $ 1,218,809 or 230,000

Use estimate if specific amount is not pleaded.

Disclosure Statement:

Is a RCFC 7.1 Disclosure Statement required? ☐ Yes ☐ No

If yes, please note that two copies are necessary.

Bid Protest:

Indicate approximate dollar amount of procurement at issue: $

Is plaintiff a small business? ☒ Yes ☐ No

Vaccine Case:

Date of Vaccination:

Related Cases:

Is this case directly related to any pending or previous case? ☐ Yes ☐ No

If yes, you are required to file a separate notice of directly related case(s). See RCFC 40.2.