IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| MENNINGER ARMY RESERVE LLC and MEYER LANDAU, | ) | |
| Plaintiffs, | ) | No. 07-425C |
| | ) | ( Judge Miller) |
| v. | ) | |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**NOTICE OF APPEARANCE**

To the Clerk:

Please enter the appearance of Carrie A. Dunsmore, as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

Carrie A. Dunsmore
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
1100 L Street, N.W.
Washington, D.C. 20530
Phone: (202) 305-7576
Fax: (202) 514-8624
E-mail:Carrie.Dunsmore@usdoj.gov

Attention: Classification Unit
8th Floor

s/Carrie A. Dunsmore
CARRIE A. DUNSMORE
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice

Dated: July 16, 2007

**CERTIFICATE OF FILING**

I hereby certify that on the 16th day of July, 2007, a copy of the foregoing "NOTICE OF APPEARANCE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Carrie A. Dunsmore