# IN THE UNITED STATES COURT
# COURT OF FEDERAL CLAIMS

X---------------------------------------------------X

MENNINGER ARMY RESERVE LLC
and MEYER LANDAU,
Plaintiffs,

-against-

**Docket No. 07-425C**
(Judge George Miller)

UNITED STATES OF AMERICA
Defendant

X---------------------------------------------------X

PLAINTIFFS' UNOPPOSED MOTION TO EXTEND TIME

Pursuant to Rule 6(b) of the Rules of the US Court of Claims, the plaintiffs respectfully request an enlargement and extension of the dates in the Scheduling Plan found in the Joint Preliminary Status Report dated December 17, 2007. This is plaintiffs' first request for enlargement of time. Plaintiffs' counsel has spoken to defendant's counsel about the enragement of time. Defendant's counsel stated that she does not oppose this enlargement.

The enlargement of time is requested because the undersigned attorney of record for plaintiff broke his ankle a week before the parties scheduled depositions in Topeka Kansas and has been unable to travel or go to his office. Counsel expects to be mobile by the first of July 2008.

For the foregoing reasons, plaintiffs respectfully requests that the Court grant their motion and the new scheduling plan shall be modified as follows:

1. The fact discovery shall be closed by August 15, 2008.
2. Depositions of the witnesses shall conclude before August 15, 2008.
3. Expert reports shall be exchanged by September 15, 2008.

4. Expert discovery shall be concluded by October 15, 2008.

5. The parties propose that they meet and confer two weeks after the close of expert discovery in this matter, and file a proposed schedule for filing dispositive motions, if necessary, October 30, 2008.

Respectfully submitted by

/s/

G. Alexander Novak , Esq.
*Attorney for Plaintiffs*
483 Chestnut Street
Cedarhurst NY 11516
(516) 569-3030
Fax (516) 569-3039
Email: Novak@njslaw.com

AND

Jeffrey S. Buchholtz
Acting Assistant Attorney General

/S/

Carrie A. Dunsmore, Esq.
Department of Justice, Classification Unit
*Attorneys for Defendant*
1100 L Street NW 8th Floor
Washington DC 20530
Tel. (202) 305-7576
Fax (202) 514-8624

So Ordered:

Hon. George Miller, Judge

AFFIDAVIT OF SERVICE

ALEXANDER NOVAK, an attorney admitted to practice before this Court affirms under the penalty of perjury as follows:

1. I am not a party to this action, am over the age of 18, and reside in Nassau County, New York.

2. On June 19, 2008, I served this motion on Carrie A. Dunsmore, Esq. Department of Justice, Classification Unit, *Attorneys for Defendant,* 1100 L Street NW 8th Floor Washington DC 20530 via email.

Dated: June 19, 2008

Alexander Novak
Novak Juhase & Stern
483 Chestnut Street
Cedarhurst, NY 11516
516-569-3030