# In the United States Court of Federal Claims

| | | |
|---|---|---|
| MENNINGER ARMY RESERVE LLC and MEYER LANDAU, Plaintiffs, | ) | No. 07-425 C |
| v. | ) | Filed June 19, 2008 |
| THE UNITED STATES, Defendant. | ) | |

**ORDER**

On June 19, 2008, plaintiffs filed an unopposed motion for extension of time to complete fact and expert discovery in this case. Because the motion is unopposed, the Court hereby **GRANTS** plaintiffs' motion. Fact discovery, including depositions of fact witnesses, shall be completed by **Friday, August 15, 2008**. Expert reports shall be exchanged by **Monday, September 15, 2008**. Expert discovery shall conclude by **Wednesday, October 15, 2008**. Following expert discovery, the parties shall meet and confer and, if they believe dispositive motions are warranted, shall file a proposed schedule for briefing dispositive motions not later than **Thursday, October 30, 2008**.

To keep the Court apprised of the parties' pretrial activities, including the subjects to be covered in the planned depositions of the fact and expert witnesses, the Court hereby **ORDERS** the parties to file a joint status report not later than **Monday, June 30, 2008**. The Court **FURTHER ORDERS** the parties to participate in a telephonic status conference at **10:00 a.m. on Tuesday, July 8, 2008**. The Court will initiate the call. Parties shall inform the Court not later than **5:00 p.m. on Monday, July 7, 2008**, of the telephone numbers at which they may be reached for the status conference.

**IT IS SO ORDERED.**

s/ George W. Miller
GEORGE W. MILLER
Judge