# In the United States Court of Federal Claims

| | |
|---|---|
| MENNINGER ARMY RESERVE LLC and MEYER LANDAU,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 07-425 C<br><br>Filed July 1, 2008 |

**ORDER**

On June 19, 2008, the Court set a status conference for 10:00 a.m. on Tuesday, July 8, 2008. On July 1, 2008, counsel for plaintiffs informed the Court that he will be unavailable at that time and that he and counsel for defendant had conferred and agreed that both counsel would be available for a status conference on July 10, 2008. Accordingly, the Court **ORDERS** that the telephonic status conference previously scheduled for 10:00 a.m. on Tuesday, July 8, 2008, be cancelled. The Court **FURTHER ORDERS** the parties to participate in a telephonic status conference at **10:00 a.m. on Thursday, July 10, 2008**. The Court will initiate the call.

**IT IS SO ORDERED.**

s/ George W. Miller
GEORGE W. MILLER
Judge