# In the United States Court of Federal Claims

| | |
|---|---|
| MENNINGER ARMY RESERVE, LLC and MEYER LANDAU,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 07-425 C<br><br>Filed July 10, 2008 |

**ORDER**

Pursuant to the Court's order filed June 19, 2008, and amended by order of July 1, 2008, the Court and the parties participated in a telephonic status conference on July 10, 2008. The parties responded to questions from the Court regarding their respective factual contentions and legal theories. The parties also described for the Court their plans for future fact and expert discovery, which they anticipate will be completed substantially on the schedule set forth in the parties' Joint Status Report filed June 27, 2008.

After consultation with the parties, the Court **ORDERS** that the parties shall appear for a further telephonic status conference on **Monday, September 22, 2008, at 10 a.m. eastern time.** That date was chosen to coincide with the close of fact discovery and exchange of expert reports. At that time the parties expect to have a clearer idea of how they anticipate proceeding with the litigation. A principal purpose of the status conference will be to discuss the nature and timing of such further proceedings. The Court will initiate the call. Counsel for plaintiff will promptly advise chambers and defendant's counsel whether he wishes to appear in person, rather than by telephone, for the September 22 status conference.

**IT IS SO ORDERED.**

s/ George W. Miller
GEORGE W. MILLER
Judge