IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| MENNINGER ARMY RESERVE, LLC and MEYER LANDAU, | ) | |
| Plaintiffs, | ) | No. 07-425C |
| v. | ) | (Judge Miller) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**JOINT MOTION FOR STAY OF PROCEEDINGS**

The parties respectfully move this Court for a stay of proceedings in this case, including the discovery schedule, until September 15, 2008, for the purpose of pursuing settlement negotiations. Discovery is currently scheduled to close on August 15, 2008.

The reason for this motion is that the parties anticipate engaging in discussions designed to determine whether this case may be resolved without resort to further judicial review. In light of the discussion of the case that transpired before the Court during the July 10, 2008 status conference, and further discussions between the parties after the status conference, the parties feel that it may be possible to settle this matter. Staying this litigation to give the parties an opportunity to resolve this matter without further briefing and formal discovery will conserve the parties' and this Court's resources and, pursuant to Rule 1 of this Court, promote the "just, speedy, and inexpensive determination" of this action. The parties require the additional time requested in order to allow the Government sufficient time to examine plaintiff's allegations and claimed damages before determining whether settlement will be possible.

To the extent this matter is not resolved by September 15, 2008, the parties shall submit a status report concerning the progress of settlement negotiations, and, if appropriate, proposing that the stay be continued to facilitate further settlement discussions, or, proposing a schedule for further proceedings. The parties also suggest that, to the extent the matter is not resolved by September 15, 2008, that the previously-scheduled status conference scheduled for September 22, 2008 transpire as planned, in order to allow the parties to update the Court on the status of this matter.

For the foregoing reasons, defendant respectfully requests that the Court grant its motion to stay this case, pending the outcome of settlement negotiations, and to order that a joint status report be filed on September 15, 2008.

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/ Mark A. Melnick
MARK A. MELNICK
Assistant Director

/s/ Carrie A. Dunsmore

CARRIE A. DUNSMORE
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, N.W., 8th Floor
Washington, D.C. 20530
Tel: (202) 305-7576
Fax: (202) 514-8624

Attorneys for Defendant

AND

/s/ G. Alexander Novak

G. ALEXANDER NOVAK
Novak, Juhase & Stern
483 Chestnut Street
Cedarhurst, NY 11516
516-569-3030 (tel)
516-569-3039 (fax)

July 17, 2008

Attorney for Plaintiff