# In the United States Court of Federal Claims

| | |
|---|---|
| MENNINGER ARMY RESERVE, LLC and MEYER LANDAU, Plaintiffs, v. THE UNITED STATES, Defendant. | No. 07-425 C<br>Filed July 18, 2008 |

**ORDER**

On July 17, 2008, the parties filed a joint motion seeking to stay proceedings in this matter in order to focus on discussions aimed at resolving this litigation without resort to further judicial proceedings. Currently, fact discovery is scheduled to be completed by August 15, 2008, with expert discovery continuing to October 15, 2008. The parties have asked that proceedings be stayed until September 15, 2008. The parties have also recommended that they submit a status report on September 15, 2008, and that they participate in the previously-scheduled September 22, 2008 status conference if they have not resolved this litigation in the meantime.

The Court appreciates the parties' efforts to resolve this litigation and accepts the parties' suggestions for future proceedings. Accordingly, the Court hereby **ORDERS** the following:

1. This case is **STAYED** until **Monday, September 15, 2008**;

2. If the parties resolve this litigation before September 15, 2008, they shall inform the Court in a timely fashion;

3. If this litigation has not been resolved before September 15, 2008, the parties shall file a joint status report on **Monday, September 15, 2008**, including a proposed schedule for further proceedings; and

4. If the parties have not resolved this litigation by September 15, 2008, the parties shall participate in the telephonic status conference currently scheduled for **Monday, September 22, 2008**. The Court will initiate the call.

**IT IS SO ORDERED.**

s/ George W. Miller
GEORGE W. MILLER
Judge