IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| MENNINGER ARMY RESERVE, LLC and MEYER LANDAU, | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. 07-425C (Judge Miller) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

Pursuant to this Court's July 18, 2008 Order, plaintiff and defendant respectfully submit the following joint status report. On July 17, 2008, the parties submitted a joint motion to stay proceedings in this matter in order to engage in settlement negotiations, and the Court granted our motion on July 18, 2008. In the time that has followed the Court's order the parties have engaged in settlement negotiations in this matter. On September 3, 2008, plaintiff submitted a detailed settlement proposal to defendant, which defendant is in the process of reviewing with the agency counsel from Department of the Army. The parties believe that additional discussion regarding settlement would be beneficial, and may lead to a resolution of this matter without resort to judicial action. Accordingly, the parties request that the stay be continued for an additional 90 days to facilitate further settlement discussions. To the extent this matter is not resolved by December 8, 2008, the parties shall submit a status report concerning the progress of settlement negotiations, and, if appropriate, proposing that the stay be continued to facilitate further settlement discussions, or, proposing a schedule for further proceedings.

The parties have conferred and do not think that it is necessary to use the Court's time to hold a status conference in this matter, as was contemplated by the July 18 order. However, should the Court wish to speak to the parties, we are available for the scheduled September 22, 2008 status conference, and we note that we can be reached at the following phone numbers: the Government attorney, Ms. Dunsmore, will be at 202-305-7576, plaintiff's attorney, Mr. Novak, will be at 516-569-3030.

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/Mark A. Melnick
MARK A. MELNICK
Assistant Director

/s/Carrie A. Dunsmore
CARRIE A. DUNSMORE
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, N.W., 8th Floor
Washington, D.C. 20530
Tel: (202) 305-7576
Fax: (202) 514-8624

Attorneys for Defendant

AND

/s/ G. Alexander Novak

G. ALEXANDER NOVAK
Novak, Juhase & Stern
483 Chestnut Street
Cedarhurst, NY 11516
516-569-3030 (tel)
516-569-3039 (fax)
Attorney for Plaintiff

September 11, 2008