# In the United States Court of Federal Claims

MENNINGER ARMY RESERVE, LLC
and MEYER LANDAU,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

No. 07-425 C

Filed September 12, 2008

## ORDER

The Court has reviewed the Joint Status Report filed on September 11, 2008, in which the parties document their progress toward settlement and request a continuation of the current stay of litigation for an additional 90 days to facilitate further settlement discussions.

The Court appreciates the parties' efforts to resolve this litigation and accepts the parties' suggestions for future proceedings. Accordingly, the Court hereby **ORDERS** the following:

1. This case is **STAYED** until **Monday, December 15, 2008**;

2. The telephonic status conference previously scheduled for 10:00 a.m. on Monday, September 22, 2008, is cancelled.

3. If the parties resolve this litigation before December 15, 2008, they shall inform the Court in a timely fashion;

4. If this litigation has not been resolved earlier, the parties shall file a joint status report on **Monday, December 8, 2008**, including a proposed schedule for further proceedings; and

5. The parties shall participate in a telephonic status conference on **Monday, December 15, 2008, at 10:00 a.m. Eastern Standard Time**. The Court will initiate the conference call.

**IT IS SO ORDERED.**

s/ George W. Miller
GEORGE W. MILLER
Judge